1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID GLENN MOLLISON,

11          Petitioner,                    No. CIV S-08-0994 JAM EFB P

12      vs.

13   MATTHEW MARTEL, et al.,

14          Respondents.                   ORDER

15   _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  On March 25, 2009, respondents requested an extension of time until April 26,

18   2009, to reply to petitioner's opposition to the motion to dismiss. *See* Fed. R. Civ. P. 6(b).  On

19   April 24, 2009, respondent filed a reply.

20       Good cause appearing, it is ORDERED that respondent's March 25, 2009, request is

21   granted and the April 24, 2009, reply is accepted as timely.

22   Dated:  May 5, 2009.

23

24                   EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE
25

26