IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GLENN MOLLISON,

   Petitioner,      No. CIV S-08-0994 JAM EFB P

  vs.

MATTHEW MARTEL, et al.,    ORDER

   Respondents.

_____/

   Petitioner has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus as untimely. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

   Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of

1 reason would find it debatable whether the petition states a valid claim of the denial of a
2 constitutional right.'"  Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
3 McDaniel, 529 U.S. 473, 484 (2000)).
4          After careful review of the entire record herein, this court finds that petitioner has
5 not satisfied the first requirement for issuance of a certificate of appealability in this case.
6 Specifically, there is no showing that jurists of reason would find it debatable whether
7 petitioner's application for a writ of habeas corpus was untimely.  Accordingly, a certificate of
8 appealability should not issue in this action.
9          Accordingly it is hereby ORDERED that petitioner's request for a certificate of
10 appealability is denied.
11 DATED:   March 15, 2010

                                            /s/ John A. Mendez
                                            U. S. DISTRICT  COURT JUDGE